IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE PATTON-BEY,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 06-00859-WS-C** |
| **MIKE HALEY,** *et al.*, | : | |
| Respondents. | | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 16, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 30th day of April, 2007.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE