IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE PATTON-BEY,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-00859-WS-C |
| **MIKE HALEY,** *et al.*, | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner has failed to establish that his constitutional rights were violated in this cause; therefore, his request for habeas corpus relief, pursuant to 28 U.S.C. § 2241, is **DENIED**.

**DONE** and **ORDERED** this 30th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE